No. 86–7105.   BURTON v. LAMBERT ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–7107.   HULSEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–7108.   DANDAR v. DWYER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–7110.   LIETZKE v. WALKER.   Sup. Ct. Ala.   Certiorari denied.

No. 86–7111.   JULIAN v. KOEHLER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–7116.   JOHNSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–7117.   GANT v. ILLINOIS ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 86–7118.   GRAY v. WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–7119.   LATSHAW v. MCA, INC.   C. A. 3d Cir.   Certiorari denied.

No. 86–7122.   COLLIER v. REPUBLICAN NATIONAL COMMITTEE ET AL.   Ct. App. D. C.   Certiorari denied.

No. 86–7123.   NEJAD v. FARRIS.   C. A. D. C. Cir.   Certiorari denied.

No. 86–7124.   GANDIA v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 86–7125.   DANDAR v. SPAEDER, EXECUTOR OF THE ESTATE OF READ.   Sup. Ct. Pa.   Certiorari denied.

No. 86–7127.   LEBRON-GONZALEZ ET AL. v. UNITED STATES. C. A. 1st Cir.   Certiorari denied.

No. 86–7128.   PERRI v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.   C. A. 7th Cir.   Certiorari denied.